# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-cr-00159 |
| | ) | Judge Trauger |
| JOSEPH DONNELL BROWN | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

A further hearing was scheduled in this revocation matter for July 31, 2017 (Docket No. 108). In the meantime, two Superseding Petitions were issued (Docket Nos. 109, 110).

The hearing was convened on July 31, 2017 at 4:30 p.m. (it had been scheduled for 4:00 p.m., but the court was involved in other business). Defense counsel appeared, but the defendant did not. Defense counsel had filed earlier in the day a Motion to Continue the Hearing (Docket No. 111), but that motion had not been acted upon by the time of the hearing. The defendant supposedly was seeking medical attention for his knee.

At any rate, the government requested a bench warrant, and the court hereby ORDERS that a bench warrant issue for the defendant.

It is so **ORDERED.**

ENTER this 1st day of August 2017.

_____
ALETA A. TRAUGER
U.S. District Judge